Submitted March 25, affirmed April 28, petition for review denied
August 18, 2010 (348 Or 669)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## TAYLOR RANDLE EDEN,
*Defendant-Appellant.*

Lane County Circuit Court
210314813; A139700

229 P3d 646

Peter Gartlan, Chief Defender, and Erik Blumenthal, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM